# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL HAWK

NO. 2021 KW 0873

**NOVEMBER 22, 2021**

---

In Re:    Michael Hawk, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 16-CR-999.

---

**BEFORE:    WELCH, THERIOT, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**

**CHH**

**Welch, J.,** dissents and would grant the writ application to reverse the district court's ruling denying the motion to quash. While retrial of relator for the offense of first degree rape would not violate the principles of double jeopardy, see **State v. Jones,** 2021-01465 (La. 10/14/21), ___So.3d ___, 2021 WL 4860025, it would violate relator's right of appeal. See La. Const. art. I, § 19; **State v. Goodley,** 423 So.2d 648, 651-52 (La. 1982).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT